# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 1543 Disciplinary Docket No. 3
Petitioner :
: No. 164 DB 2009
v. :
: Attorney Registration No. 72657
JEFF FOREMAN, :
Respondent : (Dauphin County)

## O R D E R

**PER CURIAM:**

**AND NOW**, this 17th day of September, 2014, upon consideration of the Report and Recommendations of the Disciplinary Board dated May 19, 2014, it is hereby

ORDERED that Jeff Foreman is disbarred from the Bar of this Commonwealth retroactive to November 23, 2009, and he shall comply with all the provisions of Rule 217, Pa. R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa. R.D.E.